UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. <u>7:13-CR-102-1FL(1)</u>

IN RE: :
:
NINE COUNT INDICTMENT OF : <u>ORDER TO UNSEAL INDICTMENT</u>
October 13, 2013 : <u>AND ARREST WARRANT</u>
:

Upon motion of the United States of America, the sealed nine (9) count Indictment returned by the Grand Jury for the Eastern District of North Carolina on October 13, 2013, and the arrest warrant issued by this Court in conjunction with that Indictment, are hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This <u>13th</u> day of March, 2014.

_____
The Honorable Louise W. Flanagan
UNITED STATES DISTRICT JUDGE