IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13CR00102-001FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AGREED ORDER |
| | ) | FOR PAYMENT |
| RONALD HAYDEN KOTLER | ) | |
| | ) | |
| Defendant. | ) | |

The parties, the United States of America, and the judgment defendant, agree and stipulate as follows:

1.    The judgment defendant, social security number, and address are: Ronald Hayden Kotler, XXX-XX-5253, Lantana, FL.

2.    A Judgment was entered against the judgment defendant, in this action on March 7, 2017. The total balance due on the Judgment is $3,974,593.15 as of May 24, 2023.

3.    The judgment defendant waives services of Notice of the Application for this Order of payment pursuant to the Federal Debt Collection Procedures Act of 1990 (FDCPA) and any other process to which the judgment defendant may be entitled under the FDCPA.

4.    The parties therefore agree and stipulate to the entry of this Agreed Order for Payment against the judgment defendant.

5.    The parties stipulate and agree that the United States shall receive payment of $65,700.00 which represents the full amount of judgment defendant's interest in certain real property upon which the United States has a valid lien.

6.    It is expressly agreed and stipulated to by the parties that the current scheduled payments set to begin on September 20, 2023 is hereby amended to provide that in consideration for the payment received by the United States as set forth in Paragraph 5 above, such monthly payments are hereby suspended for a period of 12 months, until September 20, 2024, at which time they will then commence at the rate of $150 per month.  Said monthly payments shall begin on September 20, 2024 and will be due each month thereafter until the debt is either paid in full or monthly payments are re-evaluated by the U. S. Attorney's Office.  Checks should be made payable to:

U. S. District Court

and mailed to:

P. O. Box 25670
Raleigh, North Carolina 27611

The court number 7:13CR00102-001FL should be included on each check to ensure funds are credited properly.

7.    Nothing in this agreement prevents the United States from pursuing administrative offsets through the Treasury Offset Program and the judgment defendant specifically consents to any administrative offset, including, but not limited to, offsets of tax refunds, Social Security benefits, and any other federal payments or benefits as permitted by law. Any payments applied to this claim as a

result of an administrative offset will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

8.     The judgment defendant hereby knowingly waives any rights that he may have under 28 U.S.C. § 3205(c)(9) to any automatic accounting. In the event the above recovery is not sufficient to pay the debt in full, the U.S. shall be entitled to pursue any and all remedies to collect such debt as are allowed by law.

APPROVED AND SO ORDERED this __21st__ day of __June_____, 2023.

LOUISE W. FLANAGAN
United States District Judge

CONSENTED TO:

_____
BENJAMIN J. HIGGINS
Special Assistant United States Attorney

DATE: _6/5/2023_

_____
RONALD HAYDEN KOTLER
Judgment Defendant

DATE: _6/2/2023_